IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JANET TIDWELL,

    Plaintiff,

vs.                                                  CASE NO. 5:11-cv-190/RS-CJK

U.S. SECURITY ASSOCIATES, INC.,

    Defendant.
_____ /

## ORDER

The relief requested in the Consent Motion of the Discovery, Dispositive Motion and Mediation Deadlines (Doc. 22) is **GRANTED**. Discovery shall be completed not later than December 30, 2011. Mediation shall be completed not later than January 28, 2012. Dispositive motions shall be filed not later than February 11, 2012.

**ORDERED** on December 7, 2011.

                                                  /S/ Richard Smoak
                                                  **RICHARD SMOAK**
                                                  **UNITED STATES DISTRICT JUDGE**